In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo for the appointment of commissioners of appraisal to ascertain the compensation to be paid to the owners of and parties interested in lands claimed to be injured by the change of grade of Ferry street, etc., and claimed to be owned by Peter Hof et al. Proceeding No. 98.

PER CURIAM. Motion granted, allowing claimant United States Cast Iron Pipe & Foundry Company and claimants Reeb and Neubecker to add to the record on appeal certain resolutions of the common council of the city of Buffalo as to Ferry street, French street, and Box avenue, and certificates of recording of same by the city clerk of Buffalo. See, also, 151 N. Y. Supp. 1119.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. January 27, 1915.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo for the appointment of commissioners to ascertain the compensation to be paid to the owners of and parties interested in lands claimed to be injured by change of grade of Ferry street, etc., and claimed to be owned by Peter Hof et al. (Proceeding No. 98).

PER CURIAM. Motion granted, allowing claimant Otis Elevator Company to add to the record on appeal certain resolutions of the common council of the city of Buffalo as to Ferry street, French street, and Box avenue, and certificates of recording of same by the city clerk of Buffalo. See, also, 151 N. Y. Supp. 1119.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo for the appointment of commissioners of appraisal, etc., in the matter of lands claimed to be owned by the Barber Asphalt Paving Company et al. (Proceeding No. 97). No opinion. Motion for leave to appeal (from 151 N. Y. Supp. 146) to Court of Appeals granted, and questions for review certified.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo for the appointment of commissioners of appraisal to ascertain the compensation, etc., in the matter of lands claimed to be owned by the George Urban Milling Company et al. (Proceeding No. 101). No opinion. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. See, also, 164 App. Div. 968, 149 N. Y. Supp. 1085.

In re GRADE CROSSING COM'RS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. January 29,

1915.) In the matter of the application of the Grade Crossing Commissioners of the City of Buffalo for the appointment of commissioners of appraisal to ascertain the compensation to be paid to the owners of lands claimed to be injured by the change of grade of East Delevan avenue, etc., and claimed to be owned by Frank V. E. Bardol et al. Proceeding No. 104.

PER CURIAM. Motion granted, allowing claimant Barber Asphalt Company to add to the record on appeal certain resolutions of the common council of the city of Buffalo as to Delevan avenue, and certificate of recording of same by the city clerk of Buffalo.

GRANAT v. MENDETZ et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Jacob Granat against Harry J. Mendetz and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 150 N. Y. Supp. 438.

In re GRANEY. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) In the matter of the removal of Daniel Graney from the office of Justice of the Peace of the town of Brant, Erie county, N. Y. No opinion. Proceeding dismissed upon the filing of certificate of the town clerk, certifying that said Graney has filed his resignation as such justice of the peace.

In re GRANT. (Supreme Court, Appellate Division, First Department. January 29, 1915.) In the matter of Frederick Dent Grant, deceased. No opinion. Order affirmed, with costs. Order filed. See, also, 83 Misc. Rep. 257, 144 N. Y. Supp. 567.

GREGSON, Respondent, v. INTERNATIONAL RY. CO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 27, 1915.) Action by Arthur Gregson against the International Railway Company and another.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE, J., dissents.

GRIFFIN, Appellant, v. ARMSTED, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 13, 1915.) Action by John Griffin against Charles H. Armsted. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 162 App. Div. 936, 147 N. Y. Supp. 1114.

GRIFFIN v. WHEATON. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Action by George Griffin against Armond E. Wheaton. No opinion. Motion denied. See, also, 149 N. Y. Supp. 1118.

GRIFFITH, Respondent, v. CUPPLES, Appellant. (Supreme Court, Appellate Division, Second Department. February 26, 1915.) Action by Anna J. Griffith, as administratrix, etc., of William Richards Griffith, deceased, against Victor William Cupples. No opinion. Judgment and order unanimously affirmed, with costs.